IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| v. ) | DOCKET NO. 3:15-cr-300-RJC |
| ) | |
| FRANK M. SCHIAVONE ) | |
| and ) | |
| LEWIS RICKER, ) | |
| Defendants. ) | |

## ORDER UNSEALING INDICTMENT
## AND ARREST WARRANTS

Upon motion of the United States and for the reasons given, IT IS HEREBY ORDERED that the Indictment and arrest warrants in the above-named matter be unsealed.

IT IS SO ORDERED this 29th day of January, 2016.

_____
HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE